STATE OF MONTANA, Plaintiff, vs. ROBERT ANGLIN, Defendant. No. 8657

DECISION

The application of the above-named defendant for a review of the sentence of 10 years with 5 suspended for Burglary, imposed on July 31, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mel Mohler, Supervisor, Swan River, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. JOHN ALLEN BIGSMOKE, Defendant.

No. Cr 975

DECISION

The application of the above-named defendant for a review of the sentence of 20 years for Lewd & Lascivious Act Upon a Child, imposed on May 30, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank John Miller, Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom.

STATE OF MONTANA, Plaintiff, vs. EUGENE D. MATT, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 10 years for L & L Act Upon a Child, imposed on May 30, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank David Hull of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom.